IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03336-BNB

MICHAEL GLENN WINBUSH,

    Applicant,

v.

WARDEN FAULK, Warden of Sterling Corr. Fac., and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's letter filed with the Court on February 7, 2012 (Doc. No. 7) requesting clarification of the January 4, 2012 order denying his request for the appointment of counsel as premature. Plaintiff is advised that counsel will be appointed to represent him if his claim is set for an evidentiary hearing. *See* Rule 8(c) of the Rules Governing Section 2254 Cases.

Dated:  March 20, 2012