IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-03336-MSK-KMT

MICHAEL GLENN WINBUSH,

        Petitioner,

v.

FAULK, actually named as Warden Faulk, Warden of Sterling Corr. Fac.,

        Respondent.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:44 pm, Oct 31, 2012*
**JEFFREY P. COLWELL, CLERK**

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text-Only Order filed on October 23, 2012 adopting the Recommendation issued by the Magistrate Judge (Doc. #23) to deny Petitioner's Application for a Writ of Habeas Corpus (Doc. #1), it is

ORDERED that:

The Recommendation of the Magistrate Judge (Doc. # 23 ) is **ADOPTED** and the Petitioner's Application for a Writ of Habeas Corpus (Doc. #1) is **DENIED.**

Accordingly, the case is closed.

Dated this 31st day October, 2012.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              s/Edward Butler
                              Edward Butler
                              Deputy Clerk